## No. 8317.

### RODENWALD *v.* EDWARDS ET AL.

BILL OF EXCEPTIONS.—*Time.*—*Supreme Court.*—Where thirty days were allowed on the 19th day of December, in which to file a bill of exceptions, the filing of such bill on the 19th day of January following is not within the time allowed, and it will not be considered by the Supreme Court.

From the Marion Superior Court.

*R. D. Logan,* for appellant.

WOODS, J.—Appeal from the judgment of the general term affirming the judgment of the special term.

There is no brief for the appellee. The points made in behalf of the appellant depend upon a bill of exceptions, which was not filed within the time allowed, and, therefore, can not be considered. Thirty days were allowed on the 19th of December, 1877, and the bill was filed January 19th, 1878.

The judgment is affirmed, with costs.